UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CARIN SHONTEL SEALS,

    Petitioner,

v.

BUREAU OF PRISONS,

    Respondent.

Civil Action No. 5: 18-153-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** as follows:

1.    The petition filed pursuant to 28 U.S.C. § 2241 by Carin Shontel Seals [R. 1] is **DENIED** with respect to all issues raised in this proceeding.

2.    Judgment is **ENTERED** in favor of the respondent.

3.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated March 27, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY